■ In the Matter of CHARLES M. POWELL, an Attorney. [598
NYS2d 952] —Motion granted only insofar as to extend the
effective date of respondent's suspension to June 30, 1993 and
the motion is denied in all other respects. Concur—Sullivan,
J. P., Carro, Milonas, Kupferman and Asch, JJ.